NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARREN L. DEFLANDERS,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7037

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-1182, Judge Mary J. Schoelen.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Darren Deflanders submits motions received February 18, 2014, February 19, 2014, February 24, 2014 and March 10, 2014, that appear to seek various relief concerning his Department of Veterans Affairs disability compensation claims and the underlying proceedings before the United States Court of Appeals for Veterans Claims.

2                                     DEFLANDERS v. SHINSEKI

Deflanders' arguments concerning the merits of his appeal belong in his brief and not in motions.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19